

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| 1) MAPLEBEAR INC. D/B/A INSTACART<br><br><br>*Plaintiff(s)*<br>v.<br>1) FALL LINE PATENTS, LLC<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  25-cv-00137-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FALL LINE PATENTS, LLC
C/O DAVID W. WULFERS
DOERNER SAUNDERS DANIEL & ANDERSON
WILLIAMS CENTER TOWER II
TWO WEST SECOND STREET, SUITE 700
TULSA, OK 74103
DWULFERS@DSDA.COM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date: _____03/25/2025_____     _____s/ M. Montgomery_____
*Signature of Clerk or Deputy Clerk*

hold tray