# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

1) MAPLEBEAR, INC., D/B/A INSTACART,

                Plaintiff(s)

vs.    Case Number: 25-cv-00137-MTS

1) FALL LINE PATENTS, LLC,

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Defendant Fall Line Patents, LLC

---

Date: April 9, 2025

Type of Appointment: [X] Retained  [ ] CJA  [ ] FPD  [ ] Pro Bono  [ ] Pro Se

Oklahoma State Bar Number (If Applicable): 17266

e-mail address: mlinscott@dsda.com

Signature: /s/Michael S. Linscott

Print Name: Michael S. Linscott

Firm Name: Doerner, Saunders, Daniel & Anderson, LLP

Mailing Address: Two West Second Street, Suite 700

City: Tulsa   State: OK   Zip Code: 74103

Phone Number: 918-591-5288   Fax Number: 918-925-5288

## Certificate of Service

I hereby certify that on __April 9, 2025__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

                Robert P. Fitz-Patrick
                John R. Hutchins
                C. Andy Mu

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service                 ☐ In Person Delivery

☐ Courier Service                     ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

                                        /s/Michael S. Linscott
                                        Signature