# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) MAPLEBEAR, INC., D/B/A INSTACART, ) ) Plaintiff, ) ) v. ) ) 1) FALL LINE PATENTS, LLC, ) ) Defendant. ) | Civil Action No. 25-cv-00137-MTS |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [Dkt. 2]**

**COMES NOW** Defendant Fall Line Patents, LLC ("Fall Line"), by and through its counsel of record, respectfully requests an extension to May 16, 2025, of its time to answer or file other responsive pleading to Plaintiff's Complaint in this case.

1. The current deadline for Fall Line to Answer or otherwise respond to Plaintiff's Complaint is April 16, 2025.

2. There is currently no scheduling order in this case, there is no trial setting, and the requested extension will not have any effect on any other deadlines.

3. Counsel for Plaintiff has no objection to Fall Line's requested extension of time to answer or otherwise respond to the Complaint.

4. A proposed Order will be submitted pursuant to the Local Rules.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Fall Line respectfully requests that the Court grant Defendant an extension until May 16, 2025, to file its Answer or other responsive pleading.

Respectfully submitted,

*/s/Michael S. Linscott*
Michael S. Linscott, OBA No. 17266
David W. Wulfers, OBA No. 9926
DOERNER SAUNDERS DANIEL
 & ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3522
Telephone: 918.591.5288
Facsimile: 918.925.5288
Email: mlinscott@dsda.com
        dwulfers@dsda.com

*Attorneys for Defendant*
*Fall Line Patents, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Robert P. Fitz-Patrick | rfitzpatrick@hallestill.com |
| John R. Hutchins | jhutchins@bannerwitcoff.com |
| C. Andy Mu | amu@bannerwitcoff.com |

*/s/Michael S. Linscott*

8685671.1