# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

1) MAPLEBEAR, INC., D/B/A INSTACART,

        Plaintiff(s)

vs.                                                                 Case Number: 25-cv-00137-MTS

1) FALL LINE PATENTS, LLC,

        Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Defendant Fall Line Patents, LLC

---

**Date:** April 9, 2025

**Signature:** /s/David W. Wulfers

**Print Name:** David W. Wulfers

**Type of Appointment:** [X] Retained  [ ] CJA  [ ] FPD  [ ] Pro Bono  [ ] Pro Se

**Firm Name:** Doerner, Saunders, Daniel & Anderson, LLP

**Mailing Address:** Two West Second Street, Suite 700

**City:** Tulsa   **State:** OK   **Zip Code:** 74103

**Oklahoma State Bar Number (If Applicable):** 9926

**Phone Number:** 918-591-5315   **Fax Number:** 918-925-5315

**e-mail address:** dwulfers@dsda.com

## Certificate of Service

I hereby certify that on __April 9, 2025__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Robert P. Fitz-Patrick
    John R. Hutchins
    C. Andy Mu

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service      ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/David W. Wulfers
Signature