IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MAPLEBEAR, INC.,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**FALL LINE PATENTS, LLC,**<br><br>　　　　**Defendant.** | Case No. 25-cv-137-SEH-MTS |

### ORDER

Before the Court is Defendant's motion for admission pro hac vice [ECF No. 16]. For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that Matthew James Antonelli is admitted pro hac vice for the limited purpose of representing Defendant in the above-captioned matter.

**Counsel is directed to file a separate entry of appearance forthwith and become familiar with the Local Rules of this District.**

**DATED** this 11th day of April, 2025.

　　　　　　　　　　　　　　　　　　_/s/ Sara Hill_
　　　　　　　　　　　　　　　　　　Sara E. Hill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE