IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) MAPLEBEAR, INC., D/B/A INSTACART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-cv-00137-SEH-MTS |
| | ) |
| 1) FALL LINE PATENTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE OF ZACHARIAH S. HARRINGTON**

Defendant, Fall Line Patents, LLC ("Fall Line"), by and through its counsel of record, Michael S. Linscott of Doerner, Saunders, Daniel & Anderson, L.L.P. hereby requests admission *pro hac vice* of attorney Zachariah S. Harrington ("Harrington") in the above-styled action. In support, Fall Line and its counsel state as follows:

1. Harrington is in association with the undersigned local counsel of record, Michael S. Linscott. Mr. Linscott has entered his personal appearance in this matter, is admitted to and in good standing with the bar of the United States District Court for the Northern District of Oklahoma, is a resident of Oklahoma and maintains a law office therein.

2. The undersigned certifies that Harrington is admitted to practice in the following courts: State Bar of Texas, Federal Circuit Court of Appeals, U.S. Supreme Court, U.S. District Court Eastern District of Texas, U.S. District Court Southern District of Texas, U.S. District Court Western District of Texas, U.S. District Court Southern District of New York, U.S. District Court Western District of New York and U.S. District Court Eastern District of New York. Further, Harrington is a member in good standing in those courts and is a member in good standing of the bar of the highest court of the state of Texas, where Harrington resides and is licensed.

3. As required by LGnR4-3, upon the admission of Harrington *pro hac vice*, Mr. Linscott will continue to participate and represent Fall Line in the above-referenced case.

4. In accordance with LGnR4-3, Harrington's Request for Admission Pro Hac Vice is attached hereto as **Exhibit 1**. Further, the appropriate filing fee is being submitted directly to the Court Clerk.

5. Finally, consistent with LGnR4-4, if admitted to practice in this matter, Harrington will file an entry of appearance.

6. A proposed Order for Admission *Pro Hac Vice* is contemporaneously submitted.

WHEREFORE, Fall Line Patents, LLC respectfully requests Zachariah S. Harrington be admitted to the bar of this Court *pro hac vice* for the purpose of representing Defendant Fall Line Patents, LLC in the above-styled action.

/s/Michael S. Linscott
Michael S. Linscott, OBA No. 17266
David W. Wulfers, OBA No. 9926
DOERNER, SAUNDERS, DANIEL
 & ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103-3522
Telephone 918-591-5288|918-591-5315
Facsimile 918-925-5288|918-925-5315
Email: mlinscott@dsda.com
       dwulfers@dsda.com
*Attorneys for Defendant Fall Line Patents, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert P. Fitz-Patrick

/s/Michael S. Linscott

8696902.1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

1) MAPLEBEAR, INC., D/B/A INSTACART,

    Plaintiff(s)

vs.

Case Number: 25-cv-00137-SEH-MTS

1) FALL LINE PATENTS, LLC,

    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Zachariah S. Harrington

2. State bar membership number: 24057886 (Texas)

3. Business address, telephone and fax numbers: Antonelli, Harrington & Thompson LLP; 4306 Yoakum Blvd., Ste. 450; Houston, TX 77006; (713) 581-3000; (713) 581-3020 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Texas Bar; SDNY; WDNY; EDNY; U.S. Supreme Court; Court of Appeals--Federal Circuit; EDTX; SDTX; and WDTX

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

_Signature_

| | |
|---|---|
| Zachariah S. Harrington | 24057886 (TX) |
| Printed Name | Bar Number |
| Antonelli, Harrington & Thompson LLP | |
| Firm Name | |
| 4306 Yoakum Blvd., Ste. 450 | |
| Address | |
| Houston | TX  77006 |
| City | State  ZIP |
| (713) 581-3000 | (713) 581-3020 |
| Phone | Fax |
| zac@ahtlawfirm.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  April 29, 2025  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): Robert P. Fitz-Patrick

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*/s/Michael S. Linscott*
Signature

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

### RECOMMENDATION FOR ADMISSION

FOR Zachariah S. Harrington

(Complete this form if you are NOT submitting a Certificate of Good Standing from any eligible court per LGnR4-2(b).)

We hereby recommend that the above applicant be admitted to practice as an attorney in the United States District Court for the Northern District of Oklahoma and do hereby certify that said applicant is a member of the bar of Texas in good standing and is a person of good moral character.

Michael S. Linscott
Typed Name

_____
Signature, Member of the Bar of the U.S. Court for the Northern District of Oklahoma

David W. Wulfers
Typed Name

_____
Signature, Member of the Bar of the U.S. Court for the Northern District of Oklahoma

AT-02 (04/23)