IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MAPLEBEAR, INC.,**<br><br>       Plaintiff,<br><br>v.<br><br>**FALL LINE PATENTS, LLC,**<br><br>       Defendant. | Case No. 25-CV-00137-SEH-MTS |

## ORDER

Before the Court are Defendant's motions for admission pro hac vice [ECF Nos. 22, 23 and 24]. For good cause shown, the Court finds that the motions should be and are hereby **granted.**

**IT IS THEREFORE ORDERED** that Rehan M. Saffiullah, Larry D. Thompson, Jr., and Zachariah S. Harrington are admitted pro hac vice for the limited purpose of representing Defendant Fall Line Patents, LLC, in the above-captioned matter.

**Counsel are directed to file a separate entry of appearance forthwith and become familiar with the Local Rules of this District.**

**DATED** this 29th day of April, 2025.

Sara E. Hill
UNITED STATES DISTRICT JUDGE