# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) MAPLEBEAR, INC., D/B/A INSTACART,<br><br>    Plaintiff,<br><br>    v.<br><br>1) FALL LINE PATENTS, LLC,<br><br>    Defendant. | Civil Action No. 25-cv-00137-SEH-MTS |

**DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [DKT. 2]**

**COMES NOW** Defendant Fall Line Patents, LLC ("Fall Line"), by and through its counsel of record, respectfully requests an additional extension to May 30, 2025, of its time to answer or file other responsive pleading to Plaintiff's Complaint in this case.

1. The current deadline for Fall Line to Answer or otherwise respond to Plaintiff's Complaint is May 16, 2025.

2. Fall Line seeks additional time because multiple attorneys working on this case have recently been sick and others have been engaged with hearings and depositions in other cases. This has interfered with Fall Line's ability to answer or otherwise respond by the existing deadline. This extension is not requested for the purposes of delay.

3. There is currently no scheduling order in this case, there is no trial setting, and the requested extension will not have any effect on any other deadlines.

4. Counsel for Plaintiff has no objection to Fall Line's requested extension of time to answer or otherwise respond to the Complaint

**WHEREFORE, PREMISES CONSIDERED**, Defendant Fall Line respectfully requests that the Court grant Defendant an additional extension until May 30, 2025, to file its Answer or other responsive pleading.

Dated: May 13, 2025                              Respectfully submitted,

*/s/ Rehan M. Safiullah*
Michael S. Linscott, OBA No. 17266
David W. Wulfers, OBA No. 9926
DOERNER SAUNDERS DANIEL &
ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3522
Telephone: 918.591.5288
Facsimile: 918.925.5288
Email: mlinscott@dsda.com
              dwulfers@dsda.com

Matthew J. Antonelli (*pro hac vice*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*pro hac vice*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*pro hac vice*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah (*pro hac vice*)
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Defendant*
*Fall Line Patents, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert P. Fitz-Patrick    rfitzpatrick@hallestill.com

John R. Hutchins    jhutchins@bannerwitcoff.com

C. Andy Mu    amu@bannerwitcoff.com

*/s/ Rehan M. Safiullah*
Rehan M. Safiullah