# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Maplebear, Inc.

    Plaintiff(s)

vs.

Fall Line Patents, LLC

    Defendant(s)

Case Number: 4:25-cv-00137-SEH-MTS

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: **Chunhsi Andy Mu**

2. State bar membership number: **500784 (District of Columbia); 71303 (Virginia)**

3. Business address, telephone and fax numbers: **1100 13th St., NW, Suite 1200, Washington, DC 20005; (t) 202-824-3000; (f) 202-824-3001**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: **Virginia, DC**

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

Signature: **C. Andy Mu** (Digitally signed by C. Andy Mu, Date: 2025.05.16 12:07:21 -04'00')

Printed Name: **Chunhsi Andy Mu**    Bar Number: **500784**

Firm Name: **Banner & Witcoff, Ltd.**

Address: **1100 13th St., NW, Suite 1200**

City: **Washington**    State: **DC**    ZIP: **20005**

Phone: **202-824-3000**    Fax: **202-824-3001**

Email Address: **amu@bannerwitcoff.com**

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 20, 2025** (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

- [ ] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

**Zachary Brewer**
Signature

*Digitally signed by: Zachary Brewer*
*DN: CN = Zachary Brewer email = zbrewer@hallestill.com C = AD O = Hall Estill OU = Paralegal*
*Date: 2025.05.20 10:48:40 -05'00'*

David W. Wulfers
Matthew James Antonelli
Zachariah Harrington
Larry Thompson
Rehan Safiullah
Michael S. Linscott