# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Maplebear, Inc.

    Plaintiff(s)

vs.

Case Number: 4:25-cv-00137-SEH-MTS

Fall Line Patents, LLC

    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Paul T. Qualey

2. State bar membership number: 481106 (District of Columbia); 3976677 (New York)

3. Business address, telephone and fax numbers: 1100 13th St., NW, Suite 1200, Washington, DC 20005; (t) 202-824-3000; (f) 202-824-3001

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: New York, DC, SDNY, EDNY, E.D. Mich., W.D. Tenn., CAFC Fed. Cir.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

**EXHIBIT 1**

Signature: Paul T. Qualey (Digitally signed by Paul T. Qualey, Date: 2025.05.16 14:49:20 -04'00')

Printed Name: Paul T. Qualey

Bar Number: 481106

Firm Name: Banner & Witcoff, Ltd.

Address: 1100 13th St., NW, Suite 1200

City: Washington    State: DC    ZIP: 20005

Phone: 202-824-3000    Fax: 202-824-3001

Email Address: pqualey@bannerwitcoff.com

## CERTIFICATE OF SERVICE

I hereby certify that on **May 20, 2025** (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

- ☐ U.S. Postal Service
- ☐ In Person Delivery
- ☐ Courier Service
- ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*Zachary Brewer*
Signature

Digitally signed by: Zachary Brewer
DN: CN = Zachary Brewer email = zbrewer@hallestill.com C = AD O = Hall Estill OU = Paralegal
Date: 2025.05.20 10:48:35 -05'00'

David W. Wulfers
Matthew James Antonelli
Zachariah Harrington
Larry Thompson
Rehan Safiullah
Michael S. Linscott