# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

### RECOMMENDATION FOR ADMISSION

FOR  Paul T. Qualey

(Complete this form if you are NOT submitting a Certificate of Good Standing from any eligible court per LGnR4-2(b).)

We hereby recommend that the above applicant be admitted to practice as an attorney in the United States District Court for the Northern District of Oklahoma and do hereby certify that said applicant is a member of the bar of in good standing and is a person of good moral character.

Robert P. Fitz-Patrick, OBA #14713
Typed Name

Signature, Member of the Bar of the U.S. Court for the Northern District of Oklahoma

Typed Name

Signature, Member of the Bar of the U.S. Court for the Northern District of Oklahoma

EXHIBIT 2

AT-02 (04/23)