IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

MAPLEBEAR, INC.,

    Plaintiff,

v.

FALL LINE PATENTS, LLC,

    Defendant.

Case No. 25-CV-00137-SEH-MTS

## ORDER

Before the Court are Plaintiff's motions for admission pro hac vice [ECF Nos. 31, 32, and 33]. For good cause shown, the Court finds that the motions should be and are hereby **granted.**

**IT IS THEREFORE ORDERED** that John R. Hutchins, Chunhsi Andy Mu, and Paul T. Qualey are admitted pro hac vice for the limited purpose of representing Plaintiff Maplebear, Inc. in the above-captioned matter.

**Counsel are directed to file a separate entry of appearance forthwith and become familiar with the Local Rules of this District.**

**DATED** this 21st day of May, 2025.

                                                  Sara E. Hill
                                                UNITED STATES DISTRICT JUDGE