**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) MAPLEBEAR, INC., D/B/A INSTACART, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 25-cv-00137-SEH-MTS<br>) |
| 1) FALL LINE PATENTS, LLC, | )<br>) |
| Defendant. | ) |

**WRITTEN NOTICE OF CORRECTION TO CONTACT INFORMATION
BY DEFENDANT'S COUNSEL MICHAEL S. LINSCOTT AND DAVID W. WULFERS**

Defendant Fall Line Patents, LLC's counsel Michael S. Linscott and David W. Wulfers, pursuant to LGnR2-6, correct the zip code in their address in Document 13, Document 16, Document 22, Document 23, Document 24 and Document 29 from 74103-3522 to 74103-3117.

Respectfully submitted,

/s/ David W. Wulfers
Michael S. Linscott, OBA No. 17266
David W. Wulfers, OBA No. 9926
DOERNER, SAUNDERS, DANIEL
 & ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103-3117
Telephone 918-591-5288|918-591-5315
Facsimile 918-925-5288|918-925-5315
Email: mlinscott@dsda.com
       dwulfers@dsda.com
*Attorneys for Defendant Fall Line Patents, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Robert P. Fitz-Patrick
    Matthew James Antonelli
    Zachariah Harrington
    Larry Thomspon
    Rehan Safiullah
    John R. Hutchins
    Chunhsi Andy Mu
    Paul T. Qualey

                                                              */s/ David W. Wulfers*

8748981.2