# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Maplebear, Inc.

                Plaintiff(s)

vs.   Case Number: 4:25-cv-00137-SEH-MTS

Fall Line Patents, LLC

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Maplebear, Inc.

---

Date: May 28, 2025

Signature: /s/ Chunhsi Andy Mu

Print Name: Chunhsi Andy Mu

Type of Appointment: [✓] Retained  [ ] CJA  [ ] FPD  [ ] Pro Bono  [ ] Pro Se

Firm Name: Banner & Witcoff, Ltd.

Mailing Address: 1100 13th St., NW, Suite 1200

City: Washington   State: DC   Zip Code: 20005

Oklahoma State Bar Number (If Applicable):

e-mail address: amu@bannerwitcoff.com

Phone Number: (202) 824-3000   Fax Number: (202) 824-3001

## Certificate of Service

I hereby certify that on  05/28/2025   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

David Wayne Wulfers
Larry D. Thompson , Jr
Matthew James Antonelli
Michael S Linscott
Rehan M. Safiullah
Zachariah Harrington
Robert P Fitz-Patrick

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service            ☐ In Person Delivery

☐ Courier Service                ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Chunhsi Andy Mu
Signature