# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Maplebear, Inc.

                        Plaintiff(s)

vs.                                                        Case Number: 4:25-cv-00137-SEH-MTS

Fall Line Patents, LLC

                        Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Maplebear, Inc.

---

**Date:** May 28, 2025

**Signature:** /s/ Paul T. Qualey

**Print Name:** Paul T. Qualey

**Type of Appointment:** ☑ Retained    ☐ CJA    ☐ FPD    ☐ Pro Bono    ☐ Pro Se

**Firm Name:** Banner & Witcoff, Ltd.

**Mailing Address:** 1100 13th St., NW, Suite 1200

**City:** Washington    **State:** DC    **Zip Code:** 20005

**Oklahoma State Bar Number (If Applicable):**

**e-mail address:** pqualey@bannerwitcoff.com

**Phone Number:** (202) 824-3120

**Fax Number:** (202) 824-3001

## Certificate of Service

I hereby certify that on  05/28/2025  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

David Wayne Wulfers
Larry D. Thompson , Jr
Matthew James Antonelli
Michael S Linscott
Rehan M. Safiullah
Zachariah Harrington
Robert P Fitz-Patrick

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Paul T. Qualey
Signature