# EXHIBIT 3

# Select A Case

**MacroSolve, Inc. is a plaintiff in 67 cases.**

| | | | |
|---|---|---|---|
| [1:12-cv-00050](#) | MacroSolve, Inc. v. YELP! INC. | filed 01/30/12 | closed 01/30/12 |
| [6:11-cv-00101-JDL](#) | MacroSolve, Inc. v. Brazos Technology Corporation et al | filed 03/04/11 | closed 05/30/12 |
| [6:11-cv-00194-LED](#) | MacroSolve, Inc. v. Canvas Solutions, Inc. et al | filed 04/18/11 | closed 10/03/11 |
| [6:11-cv-00287-MHS-KNM](#) | MacroSolve, Inc. v. Antenna Software, Inc. et al | filed 06/06/11 | closed 03/18/14 |
| [6:11-cv-00490-MHS-JDL](#) | MacroSolve, Inc. v. AT&T Inc. et al | filed 09/15/11 | closed 04/15/13 |
| [6:11-cv-00523-MHS-JDL](#) | MacroSolve, Inc. v. Whoop, Inc. | filed 10/03/11 | closed 03/06/13 |
| [6:11-cv-00685-MHS-KNM](#) | MacroSolve, Inc. v. American Airlines, Inc. | filed 12/21/11 | closed 03/24/14 |
| [6:11-cv-00686-MHS-JDL](#) | MacroSolve, Inc. v. Avis Rent A Car System, LLC | filed 12/21/11 | closed 02/06/13 |
| [6:11-cv-00687-LED-JDL](#) | MacroSolve, Inc. v. Continental Airlines, Inc. | filed 12/21/11 | closed 08/27/12 |
| [6:11-cv-00688-LED](#) | MacroSolve, Inc. v. The Hertz Corporation | filed 12/21/11 | closed 04/04/12 |
| [6:11-cv-00689-LED-JDL](#) | MacroSolve, Inc. v. Hipmunk, Inc. | filed 12/21/11 | closed 06/07/12 |
| [6:11-cv-00690-LED](#) | MacroSolve, Inc. v. Hotels.com, L.P. | filed 12/21/11 | closed 04/04/12 |

| [6:11-cv-00691-LED](#) | MacroSolve, Inc. v. Priceline.com Incorporated | filed 12/21/11 | closed 04/04/12 |
| [6:11-cv-00692-LED](#) | MacroSolve, Inc. v. Southwest Airlines Co. | filed 12/21/11 | closed 06/04/12 |
| [6:11-cv-00693-LED](#) | MacroSolve, Inc. v. Travelocity.com LP | filed 12/21/11 | closed 04/04/12 |
| [6:11-cv-00694-LED-JDL](#) | MacroSolve, Inc. v. United Air Lines, Inc. | filed 12/21/11 | closed 08/27/12 |
| [6:12-cv-00044-LED-JDL](#) | MacroSolve, Inc. v. Facebook, Inc. | filed 01/30/12 | closed 11/15/12 |
| [6:12-cv-00045-LED-JDL](#) | MacroSolve, Inc. v. Hyatt Corporation | filed 01/30/12 | closed 10/15/12 |
| [6:12-cv-00046-MHS-KNM](#) | MacroSolve, Inc. v. newegg | filed 01/30/12 | closed 03/13/14 |
| [6:12-cv-00047-LED-JDL](#) | MacroSolve, Inc. v. Wal-Mart Stores, Inc. | filed 01/30/12 | closed 10/31/12 |
| [6:12-cv-00048-LED](#) | MacroSolve, Inc. v. YELP! INC. | filed 01/30/12 | closed 04/04/12 |
| [6:12-cv-00074-MHS-KNM](#) | MacroSolve, Inc. v. GEICO Insurance Agency, Inc. et al | filed 02/17/12 | closed 03/13/14 |
| [6:12-cv-00076-JDL](#) | MacroSolve, Inc. v. Marriott International, Inc. | filed 02/17/12 | closed 11/09/12 |
| [6:12-cv-00091-LED-JDL](#) | MacroSolve, Inc. v. AOL Inc. | filed 02/27/12 | closed 08/27/12 |
| [6:12-cv-00092-LED-JDL](#) | MacroSolve, Inc. v. Inter-Continental Hotels Corporation et al | filed 02/27/12 | closed 10/15/12 |
| [6:12-cv-00193-LED](#) | MacroSolve, Inc. v. Bank of America Corporation et al | filed 03/23/12 | closed 06/22/12 |

| | | | |
|---|---|---|---|
| 6:12-cv-00194-LED-JDL | MacroSolve, Inc. v. MovieTickets.com, Inc. | filed 03/23/12 | closed 11/30/12 |
| 6:12-cv-00384-LED | MacroSolve, Inc. v. JPMorgan Chase & Co. et al | filed 06/18/12 | closed 09/11/12 |
| 6:12-cv-00385-MHS-JDL | MacroSolve, Inc. v. LinkedIn Corporation | filed 06/18/12 | closed 07/08/13 |
| 6:12-cv-00387-MHS-JDL | MacroSolve, Inc. v. JetBlue Airways Corporation | filed 06/19/12 | closed 04/17/13 |
| 6:12-cv-00388-LED | MacroSolve, Inc. v. Kayak Software Corporation | filed 06/19/12 | closed 08/01/12 |
| 6:12-cv-00389-MHS-JDL | MacroSolve, Inc. v. Cumulus Media, Inc. | filed 06/19/12 | closed 02/06/13 |
| 6:12-cv-00416-MHS-JDL | MacroSolve, Inc. v. Fareportal, Inc. | filed 06/26/12 | closed 04/30/13 |
| 6:12-cv-00417-LED | MacroSolve, Inc. v. LQ Management L.L.C. | filed 06/26/12 | closed 11/13/12 |
| 6:12-cv-00418-MHS-JDL | MacroSolve, Inc. v. Target Corporation | filed 06/26/12 | closed 03/08/13 |
| 6:12-cv-00743-MHS | MacroSolve, Inc. v. American Express Company | filed 10/05/12 | closed 01/29/13 |
| 6:12-cv-00744-JDL | MacroSolve, Inc. v. Redbox Automated Retail, LLC | filed 10/05/12 | closed 07/22/13 |
| 6:12-cv-00915-MHS-JDL | MacroSolve, Inc. v. Bed Bath & Beyond, Inc. | filed 12/04/12 | closed 04/15/13 |
| 6:12-cv-00916-MHS-KNM | MacroSolve, Inc. v. Sears Holdings Management Corporation et al | filed 12/04/12 | closed 09/24/13 |

| | | | |
|---|---|---|---|
| [6:12-cv-00917-MHS-JDL](#) | MacroSolve, Inc. v. Starwood Hotels & Resorts Worldwide, Inc. | filed 12/04/12 | closed 02/25/13 |
| [6:12-cv-00975-MHS-JDL](#) | MacroSolve, Inc. v. Walgreen Co. | filed 12/21/12 | closed 04/08/13 |
| [6:12-cv-00976-MHS-JDL](#) | MacroSolve, Inc. v. Home Depot U.S.A., Inc. | filed 12/21/12 | closed 06/19/13 |
| [6:12-cv-00977-MHS-KNM](#) | MacroSolve, Inc. v. SkyMall, Inc. | filed 12/21/12 | closed 09/11/13 |
| [6:12-cv-00978-MHS-JDL](#) | MacroSolve, Inc. v. SuperShuttle International Corp. | filed 12/21/12 | closed 04/03/13 |
| [6:12-cv-00979-MHS-JDL](#) | MacroSolve, Inc. v. Dollar Thrifty Automotive Group, Inc. et al | filed 12/21/12 | closed 02/11/13 |
| [6:12-cv-00980-MHS-JDL](#) | MacroSolve, Inc. v. CVS Pharmacy, Inc. | filed 12/21/12 | closed 05/09/13 |
| [6:13-cv-00198-MHS-KNM](#) | MacroSolve, Inc. v. Costco Wholesale Corporation | filed 02/25/13 | closed 01/02/14 |
| [6:13-cv-00199-MHS-JDL](#) | MacroSolve, Inc. v. Fandango, Inc. et al | filed 02/25/13 | closed 05/03/13 |
| [6:13-cv-00200-MHS-KNM](#) | MacroSolve, Inc. v. GameStop Corp. et al | filed 02/25/13 | closed 12/12/13 |
| [6:13-cv-00201-MHS-KNM](#) | MacroSolve, Inc. v. Gilt Groupe Holdings, Inc. et al | filed 02/25/13 | closed 11/21/13 |
| [6:13-cv-00202-MHS-KNM](#) | MacroSolve, Inc. v. Kohl's Department Stores, Inc. et al | filed 02/25/13 | closed 01/02/14 |
| [6:13-cv-00203-MHS-JDL](#) | MacroSolve, Inc. v. The Kroger Co. | filed 02/25/13 | closed 05/14/13 |

| | | | |
|---|---|---|---|
| 6:13-cv-00204-MHS-KNM | MacroSolve, Inc. v. Nordstrom, Inc. et al | filed 02/26/13 | closed 12/12/13 |
| 6:13-cv-00205-MHS-KNM | MacroSolve, Inc. v. Pandora Media, Inc. | filed 02/26/13 | closed 01/02/14 |
| 6:13-cv-00206-MHS-JDL | MacroSolve, Inc. v. RueLaLa, Inc. et al | filed 02/26/13 | closed 05/24/13 |
| 6:13-cv-00207-MHS-KNM | MacroSolve, Inc. v. Staples, Inc. et al | filed 02/26/13 | closed 01/07/14 |
| 6:13-cv-00665-KNM | MacroSolve, Inc. v. Box, Inc. | filed 09/12/13 | closed 02/20/14 |
| 6:13-cv-00666-KNM | MacroSolve, Inc. v. Carlson Hotels, Inc. et al | filed 09/12/13 | closed 03/19/14 |
| 6:13-cv-00667-KNM | MacroSolve, Inc. v. Chipotle Mexican Grill, Inc. et al | filed 09/12/13 | closed 03/17/14 |
| 6:13-cv-00668-KNM | MacroSolve, Inc. v. Comcast Corporation et al | filed 09/12/13 | closed 01/06/14 |
| 6:13-cv-00669-KNM | MacroSolve, Inc. v. Discover Financial Services, Inc. et al | filed 09/12/13 | closed 04/01/14 |
| 6:13-cv-00670-KNM | MacroSolve, Inc. v. Dropbox, Inc. | filed 09/12/13 | closed 03/17/14 |
| 6:13-cv-00671-KNM | MacroSolve, Inc. v. Five Guys Enterprises, LLC et al | filed 09/12/13 | closed 03/17/14 |
| 6:13-cv-00672-KNM | MacroSolve, Inc. v. Home Box Office, Inc. | filed 09/12/13 | closed 03/17/14 |
| 6:13-cv-00673-KNM | MacroSolve, Inc. v. MediaFire, LLC | filed 09/12/13 | closed 03/17/14 |
| 6:13-cv-00674-KNM | MacroSolve, Inc. v. Meetup, Inc. | filed 09/12/13 | closed 03/17/14 |

| [6:13-cv-00675-KNM](#) | MacroSolve, Inc. v. Wyndham Hotel Group, LLC et al | filed 09/12/13 | closed 01/15/14 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2025 14:04:33 | | | |
| **PACER Login:** | MattAnton | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: MacroSolve Type: pty |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |