# EXHIBIT 7

# Select A Case

**Fall Line Patents, LLC is a plaintiff in 49 cases.**

| | | | |
|---|---|---|---|
| [5:23-cv-00110-RWS](#) | Fall Line Patents, LLC v. Arbys Restaurant Group, Inc. | filed 10/13/23 | closed 09/05/24 |
| [5:23-cv-00111-RWS](#) | Fall Line Patents, LLC v. Burger King Company, LLC **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 07/29/24 |
| [5:23-cv-00112-RWS](#) | Fall Line Patents, LLC v. Chick-fil-A, Inc. **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 08/06/24 |
| [5:23-cv-00113-RWS](#) | Fall Line Patents, LLC v. Chipotle Mexican Grill, Inc. **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 07/29/24 |
| [5:23-cv-00114-RWS](#) | Fall Line Patents, LLC v. Dunkin Brands, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 05/02/24 |
| [5:23-cv-00115-RWS](#) | Fall Line Patents, LLC v. Little Caesar Enterprises, Inc. **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 07/29/24 |
| [5:23-cv-00116-RWS](#) | Fall Line Patents, LLC v. Panera, LLC et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 05/09/24 |
| [5:23-cv-00117-RWS](#) | Fall Line Patents, LLC v. Popeye's Louisiana Kitchen, Inc. **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 07/29/24 |
| 5:23-cv- | Fall Line Patents, LLC v. Sonic Franchising LLC et al | | |

| | | | |
|---|---|---|---|
| 00118-RWS | **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 05/02/24 |
| 5:23-cv-00119-RWS | Fall Line Patents, LLC v. Subway IP LLC et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 08/12/24 |
| 5:23-cv-00120-RWS | Fall Line Patents, LLC v. Wendy's International, LLC et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 09/05/24 |
| 5:23-cv-00121-RWS | Fall Line Patents, LLC v. Whatabrands LLC et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 10/13/23 | closed 05/17/24 |
| 5:24-cv-00089-RWS | Fall Line Patents, LLC v. Wingstop Inc. et al | filed 07/11/24 | |
| 5:24-cv-00090-RWS | Fall Line Patents, LLC v. Carls Jr. Restaurants LLC et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | |
| 5:24-cv-00091-RWS | Fall Line Patents, LLC v. Dominos Pizza, Inc. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | closed 11/22/24 |
| 5:24-cv-00092-RWS | Fall Line Patents, LLC v. El Pollo Loco, Inc. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | |
| 5:24-cv-00093-RWS | Fall Line Patents, LLC v. Jack in the Box Inc. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | closed 12/20/24 |
| 5:24-cv-00094-RWS | Fall Line Patents, LLC v. Jersey Mikes Franchise Systems, Inc. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | closed 04/17/25 |

| [5:24-cv-00095-RWS](#) | Fall Line Patents, LLC v. Krispy Kreme, Inc. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | |
| [5:24-cv-00096-RWS](#) | Fall Line Patents, LLC v. Raising Canes Restaurants, L.L.C. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | |
| [5:24-cv-00097-RWS](#) | Fall Line Patents, LLC v. Dine Brands Global, Inc. et al **PURSUANT TO COURT ORDER, DOCKET ONLY IN LEAD CASE 5:24-CV-89** | filed 07/11/24 | closed 02/10/25 |
| [5:24-cv-00167-RWS](#) | Fall Line Patents, LLC v. 7-Eleven, Inc. | filed 11/25/24 | |
| [5:24-cv-00169-RWS](#) | Fall Line Patents, LLC v. Academy, Ltd. **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00170-RWS](#) | Fall Line Patents, LLC v. Advance Auto Parts, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00172-RWS](#) | Fall Line Patents, LLC v. ALDI Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00173-RWS](#) | Fall Line Patents, LLC v. AutoZone, Inc. **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00174-RWS](#) | Fall Line Patents, LLC v. Best Buy Co., Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00175-RWS](#) | Fall Line Patents, LLC v. Brookshire Grocery Company **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |

| | | | |
|---|---|---|---|
| [5:24-cv-00176-RWS](#) | Fall Line Patents, LLC v. Chili's, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | closed 03/12/25 |
| [5:24-cv-00177-RWS](#) | Fall Line Patents, LLC v. Cracker Barrel Old Country Store, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | closed 04/23/25 |
| [5:24-cv-00178-RWS](#) | Fall Line Patents, LLC v. Darden Restaurants, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00179-RWS](#) | Fall Line Patents, LLC v. DoorDash, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00180-RWS](#) | Fall Line Patents, LLC v. Enterprise Holdings, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00181-RWS](#) | Fall Line Patents, LLC v. Lowe's Companies, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [5:24-cv-00182-RWS](#) | Fall Line Patents, LLC v. Sprouts Farmers Market, Inc. et al **PURSUANT TO COURT ORDER DOCKET IN THE LEAD CASE AS DIRECTED** | filed 11/25/24 | |
| [6:17-cv-00202-RWS](#) | Fall Line Patents, LLC v. American Airlines Group Inc. et al | filed 04/05/17 | closed 07/09/18 |
| [6:17-cv-00203-RWS](#) | Fall Line Patents, LLC v. Cinemark Holdings, Inc. et al | filed 04/05/17 | closed 02/14/18 |
| [6:17-cv-00204-RWS](#) | Fall Line Patents, LLC v. Grubhub Holdings, Inc. et al | filed 04/05/17 | closed 06/22/17 |

| [6:17-cv-00407-RWS](#) | Fall Line Patents, LLC v. Choice Hotels International, Inc. | filed 07/10/17 | closed 07/09/18 |
| [6:17-cv-00408-RWS](#) | Fall Line Patents, LLC v. Uber Technologies, Inc. | filed 07/10/17 | closed 07/09/18 |
| [6:18-cv-00406-RWS](#) | Fall Line Patents, LLC v. Pizza Hut, LLC et al | filed 08/15/18 | closed 12/03/18 |
| [6:18-cv-00407-RWS](#) | Fall Line Patents, LLC v. Zoe's Kitchen, Inc. et al | filed 08/15/18 | closed 08/23/23 |
| [6:18-cv-00408-RWS](#) | Fall Line Patents, LLC v. AMC Entertainment Holdings, Inc. et al | filed 08/15/18 | closed 01/10/23 |
| [6:18-cv-00409-RWS](#) | Fall Line Patents, LLC v. Boston Market Corporation | filed 08/15/18 | closed 11/21/22 |
| [6:18-cv-00410-RWS](#) | Fall Line Patents, LLC v. Regal Cinemas, Inc. | filed 08/15/18 | closed 04/28/21 |
| [6:18-cv-00411-RWS](#) | Fall Line Patents, LLC v. Starbucks Corporation | filed 08/15/18 | closed 06/11/19 |
| [6:18-cv-00412-RWS](#) | Fall Line Patents, LLC v. McDonalds Corporation et al | filed 08/15/18 | closed 08/23/23 |
| [6:18-cv-00413-RWS](#) | Fall Line Patents, LLC v. Panda Restaurant Group, Inc. et al | filed 08/15/18 | closed 01/26/21 |

| [6:18-cv-00415-RWS](#) | Fall Line Patents, LLC v. Papa John's International, Inc. et al | filed 08/15/18 | closed 01/09/23 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/21/2025 10:19:15 | | | |
| **PACER Login:** | MattAnton | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Fall Line Type: pty |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |