**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALL LINE PATENTS, LLC,<br><br>　　　　Defendant. | Civil Action No. 4:25-cv-00137-SEH-MTS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS [DKT. 39]**

**COMES NOW** Plaintiff Maplebear, Inc. d/b/a Instacart ("Maplebear" or "Instacart"), by and through its counsel of record, respectfully requests an extension to July 7, 2025, of its time to answer or file other responsive pleading to Defendant's Counterclaims in this case.

　　1.　　The current deadline for Instacart to Answer or otherwise respond to Defendant's Counterclaim is June 20, 2025.

　　2.　　Instacart seeks additional time because multiple attorneys working on this case have been engaged with hearings, trials, and depositions in other cases. This has interfered with Instacart's ability to answer or otherwise respond by the existing deadline. This extension is not requested for purposes of delay.

　　3.　　There is currently no scheduling order in this case, there is no trial setting, and the requested extension will not have any effect on any other deadlines.

　　4.　　Counsel for Defendant has no objection to Instacart's requested extension of time to answer or otherwise respond to the Counterclaims.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Instacart respectfully requests that the Court grant Plaintiff an extension until July 7, 2025, to file its Answer or other responsive pleading.

Dated: June 17, 2025

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

 /s/ John R. Hutchins
Robert P. Fitz-Patrick, OBA #14713
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email:  rfitzpatrick@hallestill.com

**ATTORNEYS FOR PLAINTIFF**

**-AND-**

**BANNER & WITCOFF, LTD.**
John R. Hutchins
1100 13th St., NW Suite 1200
Washington, DC 20005
Telephone: 202.824.3000
Facsimile: 202.824.3001
Email: jhutchins@bannerwitcoff.com

C. Andy Mu
1100 13th St., NW Suite 1200
Washington, DC 20005
Telephone: 202.824.3000
Facsimile: 202.824.3001
Email: amu@bannerwitcoff.com

Paul T. Qualey
1100 13th St., NW Suite 1200
Washington, DC 20005
Telephone: 202.824.3000
Facsimile: 202.824.3001
Email: pqualey@bannerwitcoff.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2025, a true and accurate copy of the foregoing was filed electronically with the Court's CM/ECF system, which will send notification to all attorneys registered to receive service. Parties may access this filing through the Court's electronic filing system.

    /s/ John R. Hutchins
    John R. Hutchins