# Exhibit 1

Case 4:25-cv-00137-SEH-MTS   Document 47-1 Filed in USDC ND/OK on 07/07/25   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART<br><br>    Plaintiff,<br><br>    v.<br><br>FALL LINE PATENTS, LLC,<br><br>    Defendant. | Civil Action No. 4:25-cv-00137-SEH-MTS<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF MARGARET FAIRBAIRN

I, Margaret Fairbairn, hereby declare and state as follows:

1. My name is Margaret Fairbarn. I am of legal age and under no legal disability.

2. I am currently the Director, Benefits and Workplace of Maplebear Inc. d/b/a Instacart ("Instacart"). In this role, I am familiar with Instacart's workplace operations, including its offices, leases, and coworking workplace experience. I have been employed by Instacart since October 2018.

3. I submit this declaration in support of Instacart's Opposition to Fall Line's Motion to Transfer. I have personal knowledge of the matters stated herein, and if called upon as a witness, I could and would testify to them competently.

4. Instacart is a Delaware corporation, with its principal place of business in San Francisco, California at 50 Beale St. Suite 600, San Francisco, CA 94105. Since 2015, Instacart's principal place of business has been in San Francisco, California at 50 Beale St. Suite 600, San Francisco, CA 94105.

5. Instacart does not have a place of business in the state of Texas.

Doc ID: 79613e182d2caa22ed4d920b2477de0c4b22b3d6

6. I understand the Eastern District of Texas encompasses the following counties: Anderson, Cherokee, Gregg, Henderson, Panola, Rains, Rusk, Smith, Van Zandt, Wood, Hardin, Jasper, Jefferson, Liberty, Newton, Orange, Collin, Cook, Delta, Denton, Fannin, Grayson, Hopkins, Lamar, Camp, Cass, Harrison, Marion, Morris, Upshur, Bowie, Franklin, Red River, Titus, Angelina, Houston, Nacogdoches, Polk, Sabine, San Augustine, Shelby, Trinity, and Tyler.

7. Instacart does not currently maintain and has never maintained any real or personal property, including data, distribution, or manufacturing facilities in the Eastern District of Texas.

8. Instacart does not own, operate, or control any data centers or servers in the Eastern District of Texas.

9. Instacart does not currently maintain and has never maintained any bank accounts, addresses, or telephone listings in the Eastern District of Texas.

10. Instacart has not and does not employ any employees at an Instacart place of business in the Eastern District of Texas.

11. As of July 2, 2025, Instacart has 3313 full and part-time employees, interns, and fixed-term contractors throughout the United States.

12. As of July 2, 2025, 836 employees work in its San Francisco, California office. Instacart's other North American-based employees work from its offices in New York, Washington D.C., Toronto, or remotely.

13. Instacart does not currently maintain and has never maintained any facilities for the research, development, or design of the Instacart mobile app, Instacart's "white label"

mobile apps, or Instacart's application programming interfaces (APIs) used by Instacart's retail partners, in the Eastern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2025

_____

Margaret Fairbairn

Doc ID: 79613e182d2caa22ed4d920b2477de0c4b22b3d6