# Exhibit 2

 

Log in    Sign up



# How Does Instacart Work?

You're busy, so every minute counts. Let us connect you with shoppers in your area to shop and deliver items from your favorite stores in as fast as an hour. It's just that easy.

**Start Shopping**

# How Does Instacart Work?

It's simple. Using the Instacart app or website, you can **shop for groceries** (and more!) from a store near you. After you have placed your order, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option. You can track your order's progress and communicate with your shopper every step of the way using the Instacart app or website.

- Shop your favorite markets
- Schedule delivery
- Get your groceries

Check out **this step-by-step video guide** to create your account and place your first order on Instacart.

## Shop your favorite markets

Instacart partners with the most popular national and regional retailers such as Albertsons, ALDI, Costco, CVS, Kroger, Loblaw, Publix, Sam's Club, Sprouts, and Wegmans, among others. The Instacart marketplace offers more than 1,400 retailers and trusted local grocers that customers love. Shop from your favorite national and regional grocers with your computer or mobile device.

## Schedule delivery

Schedule delivery for as fast as an hour, or for later in the day or week to fit your schedule.

Delivery windows start as early as 9am and run as late as midnight. Check local store hours. Delivery hours are subject to store operating hours, which includes holidays.

## Get your groceries

Meet your shopper at your door to get your groceries.

The Instacart platform also offers a pickup option. You simply shop on Instacart's website or app, select a delivery or pickup time, then get your groceries delivered in as fast as 1 hour or pick up your groceries at the store. Available at select locations.

## There's more

Don't forget, Instacart offers a variety of services including:

- Grocery Pickup Near You
- Alcohol Delivery
- Pet Supply Delivery
- Beauty Supply Delivery
- Late Night Delivery
- Convenience Store Delivery
- Gift Delivery
- Same-Day Flower Delivery
- Ready Meal Delivery
- Asian Grocery Delivery
- Cake Delivery
- Latin Grocery Delivery

# Shopping with Instacart is easy.

Just click a store and start shopping!

Show all



## Start shopping with Instacart today!

Get all your favorites delivered in as fast as 1 hour!

**Start Shopping**

---

Get deliveries with Instacart



iOS        Android

---

Top departments

More departments

Instacart programs

Get to know us

Become a Shopper

iOS          Android

Make money with us

Top cities

More cities

Shopper help

Accessibility

Enable high contrast colors

Legal

Terms of Use          Privacy Policy

Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play and the Google Play logo are trademarks of Google LLC. Terms for Free Delivery (First Order): Offer valid on first order made through Instacart with a minimum basket size as set forth in the offer promotion. Offer expires on the date indicated in the user's account settings or displayed in the offer promotion. [View more details here.](#)