# EXHIBIT 5

Google

instacart mobile app

AI Mode  All  Images  Shopping  Videos  News  Short videos  More  Tools

**Google Play**
https://play.google.com › store › apps › details › id=com...

**Instacart: Get Food Delivery - Apps on Google Play**

**Get food delivery** and grocery orders delivered directly to your door in as fast as 30 minutes with our app that helps with your shopping. Let Instacart ...

4.1    (300,362) · Free · Android

**Apple**
https://apps.apple.com › app › instacart-groceries-food

**Instacart: Groceries & Food on the App Store**

Shop online & **get your groceries** delivered directly to your door in as fast as 30 minutes. Plus, your first three grocery deliveries are free!

4.8    (4,138,742) · Free · iOS

**Instacart**
https://shoppers.instacart.com › apps

**Instacart Shopper App**

**Download the Instacart Shopper app** (iPhone 5 / Android 4.4 or newer). Get grocery orders, shop, deliver, and track your earnings.

**Instacart**
https://www.instacart.com › retailer-platform › icapp

**Instacart App**

**Instacart app** makes it possible for millions of people to get the groceries they need from the retailers they love.

## People also ask

Can I make $1000 a week with Instacart?

What is the downside of Instacart?

How much should you tip Instacart?

Can I make $500 a week on Instacart?

Feedback

**Google Play**
https://play.google.com › store › apps › details › id=com...

**Instacart: Earn money to shop - Apps on Google Play**

**Earn money by grocery shopping** and help those who need it most by becoming an Instacart shopper. As a shopper, you go to the grocery store like normal.

4.2    (167,063) · Free · Android · Shopping

**Apple**
https://apps.apple.com › app › instacart-shopper-earn-mo...

**Instacart Shopper: Earn money on the App Store**

What it's like being an Instacart shopper: — **Work whenever & wherever you want** — With no set schedule or region, you can make extra cash when it fits your ...

4.8          (1,371,784) · Free · iOS · Business/Productivity


Instacart
https://www.instacart.com

**Instacart | Grocery Delivery or Pickup from Local Stores Near ...**

Shopping is easier with the **free Instacart app**. See live updates, chat with your shopper, and easily track your order. Download the app ...

Shoppers   Full-service Instacart shopper   Grocery delivery near me   Help


Instacart
https://www.instacart.com › help › section

**Instacart mobile app promotion terms**

Offer valid until 1 year from redemption date on your next order made through the **Instacart app** of $35 or more with one retailer.

Aptoide
https://instacart-food-delivery-today.en.aptoide.com › app

**Instacart - APK Download for Android | Aptoide**

Get food delivery and grocery orders delivered directly to your door in as fast as 30 minutes with our **app** that helps with your shopping.

4.4          (5) · Free · Android


Wikipedia
https://en.wikipedia.org › wiki › Instacart

**Instacart**

It allows customers to **order groceries, and alcohol where legal**, from participating retailers with the shopping being done by a personal shopper, who picks, ...

History   Corporate history   Service launches and grocery...   Acquisitions history

## People also search for

| | |
|---|---|
| Instacart mobile app **login** | Instacart **sign in** |
| Instacart mobile app **download** | Instacart **driver** |
| Instacart mobile app **review** | Instacart **shopper APK** |
| Instacart **shopper** app | Instacart **driver sign in** |

1  2  3  4  5  6  7  8  9  10     Next

**Braeswood, Houston, TX** - From your IP address - Update location

Help   Send feedback   Privacy   Terms