# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

FALL LINE PATENTS, LLC,

     *Plaintiff,*

     v.

SPROUTS FARMERS MARKET, INC. and
SFM, LLC D/B/A SF MARKETS, LLC,

     *Defendants.*

Civil Action No. 5:24-cv-00182-RWS

## DECLARATION OF STEPHEN MUNDAY IN SUPPORT OF SPROUTS DEFENDANTS' OPPOSED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF OKLAHOMA

I, Stephen Munday, upon oath depose and say:

1. I am currently a Staff Software Engineer for Maplebear, Inc., d/b/a Instacart ("Instacart"), 50 Beale St., Suite 600, San Francisco, California 94105. I have been employed by Instacart since November 2019.

2. I have reviewed the November 2024 complaint filed by plaintiff Fall Line Patents, LLC ("Fall Line") against Sprouts Farmers Market, Inc. and SFM, LLC d/b/a SF Markets, LLC (collectively, "Sprouts"), and am generally aware of the facts and circumstances surrounding this case. I also have knowledge regarding Instacart's mobile grocery application products, including Instacart's "white-label" mobile applications and Instacart's mobile application programming interface ("API"), and their relationship to Sprouts' mobile application. I make this declaration based on

1

Doc ID: 3575af13be2e93ebc791d5d17908addd8cd966fc

matters within my own personal knowledge or that I have been reliably informed thereon. If called as a witness, I could and would competently testify on the matters set forth herein.

3. Fall Line's November 2024 complaint identifies "the Sprouts mobile app that, in conjunction with Sprouts servers, create and executed a location-specific questionnaire to collect responses from users." I understand that the Sprouts mobile app is accused of infringing claim 7 of U.S. Patent No. 9,454,748 ("the '748 patent").

4. Sprouts does not, however, design, operate, or maintain "the Sprouts mobile app" identified by Fall Line. Instead, Sprouts licenses and utilizes a mobile application designed, developed, operated, maintained, and sold by Instacart as a "white-label" application under the Sprouts brand. Additionally, the "Sprouts servers" identified by Fall Line and associated with the Sprouts mobile app are in fact primarily servers maintained and controlled by Instacart rather than Sprouts. Instacart provides the servers for handling orders placed through the Sprouts mobile app. The engineers who design, develop, manufacture, test, and implement the code dictating the functionality of the Sprouts mobile app are employees of Instacart. The individuals who market and sell the white-label application are employees of Instacart.

5. Instacart designs, develops, and controls the codebase for the Sprouts mobile app. This includes the code controlling the catalog system, checkout pages, and any other portion of the Sprouts mobile app that Fall Line alleges "create[s] and execute[s] a location-specific questionnaire to collect responses from users." Instacart designs, develops, and controls any code that defines the questions or

2

Doc ID: 3575af13be2e93ebc791d5d17908addd8cd966fc

prompts that are displayed to a user of the Sprouts mobile app. Any location information associated with use of the Sprouts mobile app is stored, at least temporarily, by the servers maintained and controlled solely by Instacart, not Sprouts. Additionally, the Sprouts mobile app includes the Instacart Terms and Conditions under the "More" tab. Instacart is the entity with the best knowledge about the workings of the codebase for the Sprouts mobile app.

6. Sprouts cannot modify or customize any of the code of the Sprouts mobile app. The functionality of the Sprouts mobile app and its underlying code base and programming are entirely under the control of Instacart.

7. Many other entities providing online applications license and utilize the same white-label mobile application technology that Sprouts licenses and utilizes from Instacart. In each of these cases, Instacart is the sole provider of the underlying code that controls the functionality of the mobile application(s).

8. In response to Fall Line's complaint against Instacart's customers, along with Fall Line's allegations that the Sprouts mobile app product infringes claim 7 of the '748 patent, Instacart filed a declaratory judgment complaint in the Northern District of Oklahoma on March 25, 2025. The case is captioned *Maplebear, Inc., d/b/a Instacart v. Fall Line Patents, LLC*, Case No. 4:25-cv-00137 and seeks a declaration of noninfringement and an injunction against Fall Line from further prosecuting any action alleging infringement of any enforceable claim of the '748 patent.

3

Doc ID: 3575af13be2e93ebc791d5d17908addd8cd966fc

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 2, 2025.

*Stephen Munday*
_____
Stephen Munday

4

Doc ID: 3575af13be2e93ebc791d5d17908addd8cd966fc

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Fall Line declaration |
| **File name** | 2025.03.26_Declar..._to_Transfer.DOCX |
| **Document ID** | 3575af13be2e93ebc791d5d17908addd8cd966fc |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **04 / 02 / 2025**<br>08:21:15 UTC-7 | Sent for signature to Stephen Munday (stephen.munday@instacart.com) from nicole.altman@instacart.com IP: 141.239.210.202 |
| **VIEWED** | **04 / 02 / 2025**<br>08:36:19 UTC-7 | Viewed by Stephen Munday (stephen.munday@instacart.com) IP: 99.237.132.73 |
| **SIGNED** | **04 / 02 / 2025**<br>09:04:41 UTC-7 | Signed by Stephen Munday (stephen.munday@instacart.com) IP: 99.237.132.73 |
| **COMPLETED** | **04 / 02 / 2025**<br>09:04:41 UTC-7 | The document has been completed. |

Powered by **Dropbox** Sign