IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 25-CV-00137-SEH-MTS |
| v. | § § § | **JURY TRIAL DEMANDED** |
| FALL LINE PATENTS, LLC, | § § | |
| Defendant. | § | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The attached decision is directly relevant to the issues raised by Plaintiff's Motion To Dismiss Defendant's Counterclaims (Dkt. No. 48). Ex. 1 [*Fall Line Patents, LLC v. Best Buy Co., Inc.*, Case No. 5:24-cv-00174-RWS, Dkt. No. 31 (E.D. Tex. Aug. 1, 2025)].

Dated: August 1, 2025                Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli (*pro hac vice*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*pro hac vice*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*pro hac vice*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah (*pro hac vice*)

Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 (fax)

Michael S. Linscott, OBA No. 17266
mlinscott@dsda.com
David W. Wulfers, OBA No. 9926
dwulfers@dsda.com
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3119
(918) 591-5288 | (918) 591-5315
(918) 925-5288 | (918) 925-5315 (fax)

*Attorneys for Fall Line Patents, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                     */s/ Matthew Antonelli*
                                     Matthew Antonelli