IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>FALL LINE PATENTS, LLC,  §<br>§<br>Defendant.  § | CIVIL ACTION NO. 25-CV-00137-SEH-MTS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The attached three decisions are directly relevant to issues raised by both Fall Line's Motion To Transfer to The Eastern District Of Texas Under The First-To-File Rule (Dkt. No. 41) and Plaintiff's Motion To Dismiss Defendant's Counterclaims (Dkt. No. 48):

- *Fall Line Patents, LLC v. 7-Eleven, Inc.,* Case No. 5:24-cv-00167-RWS, Dkt. No. 219 (E.D. Tex. Sept. 4, 2025) (denying Sprouts and Aldi's motions to transfer to the Northern District of Oklahoma) (attached as Ex. 1)

- *Fall Line Patents, LLC v. Aldi Inc.*, Case No. 5:24-cv-00172-RWS, Dkt. No. 39 (E.D. Tex. Sept. 4, 2025) (denying Aldi's motion to dismiss under Rule 12(b)(6)) (attached as Ex. 2)

- *Fall Line Patents, LLC v. Sprouts Farmers Market, Inc.*, Case No. 5:24-cv-00182-RWS, Dkt. No. 37 (E.D. Tex. Sept. 4, 2025) (denying Sprouts's motion to dismiss under Rule 12(b)(6)) (attached as Ex. 3)

Dated: September 4, 2025

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli (*pro hac vice*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*pro hac vice*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*pro hac vice*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah (*pro hac vice*)
Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 (fax)

Michael S. Linscott, OBA No. 17266
mlinscott@dsda.com
David W. Wulfers, OBA No. 9926
dwulfers@dsda.com
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3119
(918) 591-5288 | (918) 591-5315
(918) 925-5288 | (918) 925-5315 (fax)

*Attorneys for Fall Line Patents, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Matthew Antonelli*
                                        Matthew Antonelli