# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART<br><br>    Plaintiff,<br><br>    v.<br><br>FALL LINE PATENTS, LLC,<br><br>    Defendant. | Civil Action No. 4:25-cv-00137-SEH-MTS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The attached decision is directly relevant to issues raised by Plaintiff's Motion To Dismiss Defendant's Counterclaims (Dkt No. 48).

- *Cascades Branding Innovation LLC v. Aldi, Inc.*, Case No. 2024-1729, 2025 WL 2731321 (Fed. Cir. Sept. 25, 2025) (affirming 12(b)(6) dismissal for lack of subject matter eligibility under 35 U.S.C. 101 with prejudice where claims were directed to "collecting geographic information about the location of a device and nearby stores or businesses offering certain products, and displaying that information to the user" because smart-devices having built-in GPS technology to collect geographic information were conventional and therefore do not confer patent-eligibility under Section 101) (attached as Ex. 1)

Dated: September 26, 2025

Respectfully submitted,

/s/ John R. Hutchins
John R. Hutchins (*pro hac vice*)
District of Columbia Bar No. 456749
jhutchins@bannerwitcoff.com
C. Andy Mu (*pro hac vice*)
District of Columbia Bar No. 500784

1

amu@bannerwitcoff.com
Paul T. Qualey (*pro hac vice*)
District of Columbia Bar No. 481106
pqualey@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
1100 13th St., NW, Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Robert P. Fitz-Patrick, OBA #14713
rfitzpatrick@hallestill.com
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

*Attorneys for Plaintiff Maplebear, Inc.
d/b/a Instacart*

2

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025, a true and accurate copy of the foregoing was filed electronically with the Court's CM/ECF system, which will send notification to all attorneys registered to receive service. Parties may access this filing through the Court's electronic filing system.

/s/ *John R. Hutchins*
John R. Hutchins