IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART,<br><br>    Plaintiff,<br><br>v.<br><br>FALL LINE PATENTS, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 25-CV-00137-SEH-MTS<br><br>**JURY TRIAL DEMANDED** |

**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Fall Line responds to Instacart's recently field Notice Of Supplemental Authority (Dkt. 54) to provide two clarifications:

1.    The *Cascades* decision that Instacart submitted was non-precedential—a fact omitted by Instacart in its notice. *See* Dkt. 54-1 at *1 ("Because we write for the parties in this non-precedential opinion . . . .").

2.    The Federal Circuit affirmed on *Alice* step 2 based on admissions about the state of the art made by the patents-in-suit, which had priority dates in 2007. *Id*. at *1, *3. Even if those admissions were assumed true, they would not apply to Fall Line's patent, which has a priority date in 2002.

Dated: September 29, 2025        Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli (*pro hac vice*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*pro hac vice*)

1

Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*pro hac vice*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah (*pro hac vice*)
Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 (fax)

Michael S. Linscott, OBA No. 17266
mlinscott@dsda.com
David W. Wulfers, OBA No. 9926
dwulfers@dsda.com
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3119
(918) 591-5288 | (918) 591-5315
(918) 925-5288 | (918) 925-5315 (fax)

*Attorneys for Fall Line Patents, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            */s/ Matthew Antonelli*
            Matthew Antonelli