IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART<br><br>    Plaintiff,<br><br>    v.<br><br>FALL LINE PATENTS, LLC,<br><br>    Defendant. | Civil Action No. 4:25-cv-00137-SEH-MTS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT IN PRINCIPLE

The parties respectfully notify the Court that they have reached an agreement in principle to resolve their differences regarding all issues and all claims made or which could have been made in this litigation. Accordingly, the parties respectfully jointly request that this Court enter an order suspending proceedings herein until a stipulated dismissal is filed, which the parties expect will occur within 30 days.

Dated: November 18, 2025

Respectfully submitted,

/s/ John R. Hutchins
John R. Hutchins (*pro hac vice*)
District of Columbia Bar No. 456749
jhutchins@bannerwitcoff.com
C. Andy Mu (*pro hac vice*)
District of Columbia Bar No. 500784
amu@bannerwitcoff.com
Paul T. Qualey (*pro hac vice*)
District of Columbia Bar No. 481106
pqualey@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
1100 13th St., NW, Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Robert P. Fitz-Patrick, OBA #14713
rfitzpatrick@hallestill.com
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

*Attorneys for Plaintiff*
*Maplebear, Inc. d/b/a Instacart*

**AND**

*/s/ Matthew J. Antonelli (with permission)*
Matthew J. Antonelli (*pro hac vice*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*pro hac vice*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*pro hac vice*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah (*pro hac vice*)
Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 (fax)

Michael S. Linscott, OBA No. 17266
mlinscott@dsda.com
David W. Wulfers, OBA No. 9926
dwulfers@dsda.com
DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3119
(918) 591-5288|(918) 591-5315
(918) 925-5288|(918) 925-5315 (fax)

*Attorneys for Defendant*
*Fall Line Patents, LLC*

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2025, a true and accurate copy of the foregoing was filed electronically with the Court's CM/ECF system, which will send notification to all attorneys registered to receive service. Parties may access this filing through the Court's electronic filing system.

/s/ *John R. Hutchins*
John R. Hutchins