**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MAPLEBEAR, INC., D/B/A INSTACART<br><br>    Plaintiff,<br><br>    v.<br><br>FALL LINE PATENTS, LLC,<br><br>    Defendant. | Civil Action No. 4:25-cv-00137-SEH-MTS<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii)(B), Plaintiff, Maplebear, Inc., D/B/A Instacart, and Defendant, Fall Line Patents, LLC, hereby jointly stipulate to the dismissal of this action for all of Plaintiff's claims and Defendant's counterclaims. The Parties further stipulate and agree that the dismissal of Defendant's counterclaims shall be WITH PREJUDICE and the dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as moot. The Parties further stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated: February 23, 2026

Respectfully submitted,

*/s/ John R. Hutchins*
John R. Hutchins (*pro hac vice*)
District of Columbia Bar No. 456749
jhutchins@bannerwitcoff.com
C. Andy Mu (*pro hac vice*)
District of Columbia Bar No. 500784
amu@bannerwitcoff.com
Paul T. Qualey (*pro hac vice*)
District of Columbia Bar No. 481106
pqualey@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**
1100 13th St., NW, Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000

Facsimile: (202) 824-3001
Robert P. Fitz-Patrick, OBA #14713
rfitzpatrick@hallestill.com
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

*Attorneys for Plaintiff*
*Maplebear, Inc. d/b/a Instacart*

**AND**

/s/ Matthew J. Antonelli
Matthew J. Antonelli (*pro hac vice*)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (*pro hac vice*)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*pro hac vice*)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah (*pro hac vice*)
Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 (fax)

Michael S. Linscott, OBA No. 17266
mlinscott@dsda.com
David W. Wulfers, OBA No. 9926
dwulfers@dsda.com
DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3119
(918) 591-5288|(918) 591-5315
(918) 925-5288|(918) 925-5315 (fax)

*Attorneys for Defendant*
*Fall Line Patents, LLC*

**CERTIFICATE OF SERVICE**

I certify that on February 23, 2026, a true and accurate copy of the foregoing was filed electronically with the Court's CM/ECF system, which will send notification to all attorneys registered to receive service. Parties may access this filing through the Court's electronic filing system.


/s/ *Matthew J. Antonelli*
Matthew J. Antonelli